Cody Robert Judy
Attorney Pro Se
3031 So. Ogden Ave. Suite #2
Ogden, Utah 84401
801-497-6655

FILED
US DISTRICT COURT

2014 SEP 12 A 9: 51

DISTRICT OF UTAH

DEPUTY CLERK

## DISTRICT OF UTAH – UNITED STATES DISTRICT COURT

| CODY ROBERT JUDY, | - NOTICE FOR DECISION - |
|---|---|
| PLAINTIFF, | IN CONSIDERATION OF: "RESPONSE BY PLAINTIFF TO NOTICE FOR ENTRY OF DEFAULT" - "MOTION FOR DEFAULT" - AFFADAVIT OF PLAINTIFF" and "ORDER OF JUDGEMENT" |
| v. | Case No. 1:14cv00093 - TS |
| BARACK HUSSEIN OBAMA aka BARRY SOETORO, DNC, ORGANIZATION FOR ACTION et al., | JUDGE: ~~Honorable Bruce S. Jenkins~~ |
| Defendant(s). | |

COMES NOW the Plaintiff, Cody Robert Judy pro se, and submits this NOTICE FOR DECISION on the RESPONSE FROM PLAINTIFF ON NOTICE:MOTION FOR ENTRY OF DEFAULT and MOTION FOR DEFAULT, and AFFADAVIT OF PLAINTIFF, and ORDER OF JUDGEMENT of September 2nd, 2014 per Federal Rules of Procedure Rule 201(b)(2) and (c)(2) & 58(a).

Signed this 11th Day of September, 2014

Cody Robert Judy/ Pro se    _____