IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CODY ROBERT JUDY,<br><br>              Plaintiff,<br><br>v.<br><br>BARACK HUSSEIN OBAMA a.k.a.<br>BARRY SOETORO; DEMOCRATIC<br>NATIONAL COMMITTEE; and<br>ORGANIZATION FOR ACTION et al.,<br><br>              Defendants. | ORDER DENYING PLAINTIFF'S<br>NOTICE FOR DECISION<br><br><br>Case No. 1:14-CV-93 TS<br><br>District Judge Ted Stewart |

This matter is before the Court on Plaintiff's Notice for Decision.[1]

The Court has reviewed Plaintiff's objections and the Clerk's Order (Docket No. 10). The Court agrees with the Clerk's conclusions. Therefore the Court will not issue a default certificate or default judgment.

Based on the foregoing, it is hereby

ORDERED that Plaintiff's Notice for Decision (Docket No. 12) is DENIED.

DATED this 16th day of September, 2014.

                                          BY THE COURT:

                                          Ted Stewart<br>
                                          United States District Judge

---

[1] Docket No. 12.