# United States District Court

Northern Division for the District of Utah

| | |
|---|---|
| Cody Robert Judy | **JUDGMENT IN A CIVIL CASE** |
| V. | |
| Barack Hussein Obama et al. | |

Case Number: 1:14 cv 93 TS

IT IS ORDERED AND ADJUDGED

That plaintiff's claims against all defendants are dismissed.

| | |
|---|---|
| October 8, 2014 | D. Mark Jones |
| Date | Clerk of Court |
| | |
| | (By) Deputy Clerk |