# United States District Court
# District of Utah



**D. Mark Jones**
Clerk of Court

**Louise S. York**
Chief Deputy Clerk

November 10, 2014

Clerk of Court
United States Court of Appeals
for the Tenth Circuit
1823 Stout Street
Denver, CO 80257

RE:   RECORD ON APPEAL
      Judy v. Obama et al -- 14-04136
      Lower Docket: 1:14-cv-00093-TS

Dear Clerk of Court:

    We hand you herewith, by e-mail, Volume(s) I of the record on appeal in the above-referenced case.

| Volume: | Contents: |
|---|---|
| I. | Consisting of images of documents 2 - 20 |

    Please acknowledge receipt of this record on appeal by signing the enclosed copy of this letter and returning it to my attention.

Sincerely,

D. Mark Jones, Clerk

By: /s/
Becky Harris
Deputy Clerk

cc: Counsel of Record

**ACKNOWLEDGMENT OF RECEIPT:**

Received by: _____

Date: _Nov 26, 2014_