# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 20, 2015

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

      Re: Cody Robert Judy
          v. Barack H. Obama, President of the United States, et al.
          No. 14-9396
          (Your No. 14-4136)

Dear Clerk:

     The petition for a writ of certiorari in the above entitled case was filed on March 30, 2015 and placed on the docket April 20, 2015 as No. 14-9396.

                      Sincerely,

                      **Scott S. Harris**, Clerk

                      by

                      Andrew Downs
                      Case Analyst