IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CODY ROBERT JUDY,<br><br>    Plaintiff,<br><br>v.<br><br>BARACK HUSSEIN OBAMA a.k.a. BARRY SOETORO; DEMOCRATIC NATIONAL COMMITTEE; and ORGANIZATION FOR ACTION et al.,<br><br>    Defendants. | ORDER DENYING PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT<br><br>Case No. 1:14-CV-93 TS<br><br>District Judge Ted Stewart |

  This matter is before the Court on Plaintiff's Motion for Relief from Judgment. Having carefully considered the Motion (Docket No. 26), it is hereby DENIED.

  DATED this 23rd day of February, 2017.

            BY THE COURT:

            _____
            Ted Stewart
            United States District Judge