IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CODY ROBERT JUDY,<br><br>Plaintiff,<br><br>v.<br><br>BARACK HUSSEIN OBAMA a.k.a. BARRY SOETORO; DEMOCRATIC NATIONAL COMMITTEE; and ORGANIZATION FOR ACTION et al.,<br><br>Defendants. | ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION<br><br>Case No. 1:14-CV-93 TS<br><br>District Judge Ted Stewart |

This matter is before the Court on Plaintiff's Motion for Reconsideration. Plaintiff argues that the Court denied Plaintiff's Motion for a Relief of Judgment prematurely. However, the Court previously denied Plaintiff's Motion for Service of Process and dismissed all claims against Defendants. Therefore, it was unnecessary for the Court to await a response from Defendants before deciding the Motion. Having carefully considered Plaintiff's Motion and Affidavits (Docket No. 29), Plaintiff's Motion for Reconsideration is hereby DENIED.

DATED this 10th day of April, 2017.

BY THE COURT:

Ted Stewart
United States District Judge