Cody Robert Judy
3037 So. Ogden Ave.
Suite #1
Ogden, Utah 84401
Pro se
Ph: 801-497-6655
Email: cody@codyjudy.us
codyjudy@hotmail.com
Web: www.codyjudy.us

FILED
U.S. DISTRICT COURT

2017 APR 14 P 2: 19

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

# DISTRICT OF UTAH – UNITED STATES DISTRICT COURT

| | |
|---|---|
| CODY ROBERT JUDY,<br>　　　　PLAINTIFF,<br><br>v.<br><br>BARACK HUSSEIN OBAMA aka BARRY SOETORO;<br>DNC,<br>OFC,<br>　　　　DEFENDANT. | NOTICE OF APPEAL<br><br><br>CASE NO: 1-14cv00093<br>JUDGE: <u>HONORABLE TED STEWART</u> |

Plaintiff Cody Robert Judy, pro se, hereby submits this NOTICE OF APPEAL pursuant FRCP Rule 4 (a)(1)(A) in the following Courts to the <u>Motion for Relief of Judgement</u> and supporting documents and The <u>Motion for Reconsideration</u> and supporting documents.

Supreme Court of the United States
1 First St NE, Washington, DC 20543
Supreme Court of the United States,

Tenth Circuit Court of Appeals
1823 Stout St, Denver, CO 80202

From: UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
351 South West Temple, Rm. 1.100
Salt Lake City, Utah 84101
Case No. 14-00093

Submitted and Signed this 11 Day of April, 2017.

　　　　　　　　　　　　　　/s/Cody Robert Judy

1

MAILING CERTIFICATE OF MAILING AFFADAVIT

In compliance with 28 U.S.C. § 1746 in accordance to Federal Guidelines, I certify that I caused to be mailed the forgoing NOTICE OF APPEAL to the following via first class U.S. mail, postage prepaid:

Mr. Barack Obama- 2446 Belmont Road, Kalorama, Washington DC 20008
And
Democratic National Committee – 430 South Capital St. SE, Washington DC 20003 ph- 202-863-8000

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
351 South West Temple, Rm. 1.100
Salt Lake City, Utah 84101

Signed this 11th Day of April, 2017
Mailer: _____ /s/ Cody Robert Judy